IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-338-F |
| ) | (WO) |
| ONE 1998 MAZDA MILLENIA, VIN ) | |
| JM1TA2215W1416222, with all ) | |
| appurtenances and attachments thereon ) | |
| *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **J U D G M E N T**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that the above-styled action is hereby DISMISSED.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 1st day of August, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE